UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No: 05-58018 |
| THOMAS KEVIN BRYAN | |
| TAMMY LEE BRYAN | Judge: John E. Hoffman Jr. |
| 299 KNOLES AVE | |
| CHILLICOTHE, OH 45601 | |

SSN(S): XXX-XX-2091
XXX-XX-4573

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated: December 06, 2010 | /s/ Frank M. Pees |
| | Frank M. Pees |
| | Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| THOMAS KEVIN BRYAN & TAMMY LEE BRYAN<br>299 KNOLES AVE<br>CHILLICOTHE, OH 45601 | 60.68 |